Jack Silver, Esq. SBN #160575
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.   (707) 528-8175
Fax.   (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL M. GHOLAMI dba A & M MINI MART; MANSOUR SEPEHR dba ENVIRONMENTAL ENGINEERING, INC., DOES 1 - 10, Inclusive,<br><br>Defendants<br>_____/ | CASE NO. C07-05913 MHP<br><br>PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS [L.R. 3-16] |

Pursuant to Civil L.R. 3-16, plaintiff certifies that as of this date, other than the named parties to this action, plaintiff is aware of no other entities or persons having either any financial interest in these proceedings or any other kind of interest which could be substantially affected by the outcome of these proceedings.

Dated: November 28, 2007



JACK SILVER
Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

C07-05913 MHP
PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS