# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA RIVER WATCH, a
non-profit corporation

V.

MICHAEL M. GHOLAMI dba A & M MINI MART;
MANSOUR SEPEHR dba SOMA
ENVIRONMENTAL ENGINEERING, INC.,ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: MHP

07 5913

TO: (Name and address of defendant)

MANSOUR SEPEHR dba
SOMA ENVIRONMENTAL ENGINEERING, INC.
6620 OWENS DRIVE, SUITE A
PLEASANTON, CA94588-3334

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JACK SILVER, ESQUIRE
LAW OFFICE OF JACK SILVER
P.O. BOX 5469
SANTA ROSA, CA 95402-5469
TEL. 707-528-8175

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE NOV

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| JACK SILVER, ESQ. (160575)<br>LAW OFFICE OF JACK SILVER<br>P.O. Box 5469<br>Santa Rosa, California  95402 | (707) 528-8175 | |
| | Ref. No. Or File No.<br>W2488628 | |
| Attorneys for:  NORTHERN CALIFORNIA RIVER WATCH | | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
NORTHERN CALIFORNIA RIVER WATCH

Defendant:
MICHAEL M. GHOLAMI

**PROOF OF SERVICE**   Date:   Time:   Dept/Div:   Case Number: C 07-5913 MHP

I, Scott E. Lane, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; STANDING ORDERS OF JUDGE MARILYN H. PATEL; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant         : MANSOUR SEPHR dba SOMA ENVIRONMENTAL ENGINEERING, INC.

By Serving        : MANSOUR SEPHR, President

Address           : 6620 Owens Drive, Suite A, Pleasanton, California  94588
Date & Time       : Wednesday, December 12, 2007 @ 9:50 a.m.
Witness fees were : Not applicable.

Person serving:
Scott E. Lane
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 341
   (3) County: San Francisco
   (4) Expires: 7/26/09

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 12, 2007            Signature: _____
                                              Scott E. Lane


Printed on recycled paper