Jack Silver, Esq. SBN #160575
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.   (707) 528-8175
Fax.   (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>Plaintiff,<br>v.<br>MICHAEL M. GHOLAMI dba A & M MINI MART; SOMA ENVIRONMENTAL ENGINEERING, INC., DOES 1 - 10, Inclusive,<br><br>Defendants | CASE NO. C07-05913 MHP<br><br>NOTICE OF VOLUNTARY DISMISSAL OF PARTY DEFENDANT<br>[FRCP § 41] |

NOTICE IS HEREBY GIVEN that pursuant to FRCP § 41(a)(1)(A)(I), Plaintiff NORTHERN CALIFORNIA RIVER voluntarily dismisses MANSOUR SEPEHR as a party defendant without prejudice.

Dated: January 9, 2008

JACK SILVER
Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

C07-05913 MHP
Notice of Voluntary Dismissal of Party Defendant