| Attorney Or Party Without Attorney (Name and Address) | Telephone: (707) 528-8175 | FOR COURT USE ONLY |
|---|---|---|
| LAW OFFICE OF JACK SILVER<br>P.O. Box 5469<br>Santa Rosa, California 95402 | Ref. No. Or File No.<br>W2489994 | |
| Attorneys for: NORTHERN CALIFORNIA RIVER WATCH | | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
NORTHERN CALIFORNIA RIVER WATCH

Defendant:
MICHAEL M. GHOLAMI

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number: C 07-5913 MHP |
|---|---|---|---|---|

I, M. Santos, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: FIRST AMENDED COMPLAINT; NOTICE OF VOLUNATRY DISMISSAL OF PART DEFENDANT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant         : SOMA ENVIRONMENTAL ENGINEERING, INC.

By Serving        : JOYCE BOBEK, VP of Operations

Address           : 6620 Owens Drive, Suite A, Pleasanton, California 94588
Date & Time       : Friday, January 11, 2008 @ 2:00 p.m.
Witness fees were : Not applicable.

Person serving:
M. Santos
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 537
   (3) County: Alameda
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 14, 2008            Signature: _____
                                              M. Santos


Printed on recycled paper