# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

*Amended Complaint*

Northern California River Watch, a non-profit Corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C07-05913 MHP

V.

Michael M. Gholami dba A & M Mini Mart, Soma Environmental Engineering, Inc., and Does 1 - 10, Inclusive

TO: (Name and address of defendant)

MICHAEL M. GHOLAMI dba A & M MINI MART
440 Hearn Avenue
Santa Rosa, CA 95404

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jack Silver, Esquire
Law Office of Jack Silver
P.O. Box 5469
Santa Rosa, CA 95402-5469
Tel. 707-528-8175

an answer to the First Amended complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

22 JAN 2008
DATE

GINA AGUSTINE-RIVAS
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE<br>12 February 2008 |
| Name of SERVER<br>Ryan V. Ourlian | TITLE<br>Process Server P-339 |

*Check one box below to indicate appropriate method of service*

[x] Served Personally upon the Defendant. Place where served:

440 Hearn Avenue
Santa Rosa, CA 95404

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $50.00 | $50.00 |

### DECLARATION OF SERVER

See Attachment 1 - additional documents served

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02-13-2008
            *Date*

*Signature of Server*  P-339
1014 Hopper Avenue #716
Santa Rosa, CA  95403
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CASE NAME:** Northern California River Watch, a non-profit Corporation

V.

Michael M. Gholami dba A & M Mini Mart, Soma Environmental Engineering, Inc, and Does 1-10, Inclusive

**CASE NO.:** C07-05913MHP

"Attachment 1"

Additional Documents Served

1. Amended Summons
2. First Amended Complaint
3. Order Setting Initial Case Management Conference and ADR Deadlines w/attachments as provided by the U.S. District Court
4. Standing Orders – Chief Judge Marilyn C. Patel
5. Notice of Availability of Magistrate Judge to Exercise Jurisdiction
6. ECF Registration Information Handout