Jack Silver, Esq. SBN #160575
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.   (707) 528-8175
Fax.   (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL M. GHOLAMI dba A & M MINI MART; SOMA ENVIRONMENTAL ENGINEERING, INC., and DOES 1-10, Inclusive,<br><br>Defendants / | **CASE NO. C07-05913 MHP**<br><br>**DECLARATION OF JACK SILVER RE: STATEMENT OF HARDSHIP**<br><br>DATE:   March 3, 2008<br>TIME:   4:00 p.m.<br>CTRM:   15, 18th Floor<br>JUDGE:  Hon. Marilyn H. Patel |

I Jack Silver, declare as follows:

1.   I am the attorney for plaintiff NORTHERN CALIFORNIA RIVER WATCH in this action, and I have personal knowledge of each matter stated herein.

2.   The First Amended Complaint was filed in this matter on January 9, 2008 and served on Defendant SOMA on January 11, 2008. On January 30, 2008 I forwarded the pleadings, together with form Waiver of Service to Hans Herb, Esquire, who at that time was counsel for Defendant Michael M. Gholami. I received no response from Attorney Herb and so effectuated personal service on Defendant Gholami on February 12, 2008. On February 25, 2008 Attorney Herb advised me by telephone conversation and letter that he would no longer represent Defendant Gholami in this matter.

C07-05913 MHP
DECLARATION OF JACK SILVER RE STATEMENT OF HARDSHIP                                      1

3. From February 25th through March 3rd, my associate James Doyle and myself spoke with both Defendant Michael Gholami and Mansour Sepehr, the President of Defendant SOMA on numerous occasions. Both Defendants advised that they do not intend to hire counsel to represent them in this matter; and instead desire to informally resolve the issues which form the basis of these proceedings without the need for further litigation. At their request, a meet and confer, face-to-face meeting is scheduled for March 4, 2008 at 1:30 p.m.

4. We also talked with both Defendants about the Court's requirement to file a Joint Case Management Statement and they agreed to review and sign the same. A Joint Case Management Statement was prepared by my office and faxed to Defendants for review and signature.

5. On March 3, 2008, both Defendants advised they were uncertain about the ramifications of signing a Joint Case Management Statement and declined to do so. Based on the information provided by Defendants, it was necessary for Plaintiff to file a separate Case Management Statement.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed on the 3RD day of March, 2008 at Santa Rosa, California.

JACK SILVER

C07-05913 MHP
DECLARATION OF JACK SILVER RE STATEMENT OF HARDSHIP

2