UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, | No. C 07-05913  MHP |
|     Plaintiff(s), | **CLERK'S NOTICE**<br>**(Rescheduling Case Management Conference)** |
| v. | |
| MICHAEL M. GHOLAMI d/b/a A&M MINIMART et al, | |
|     Defendant(s). _____/ | |

    Due to congestion of court calendar, the case management conference in this matter currently set for March 10, 2008, is hereby rescheduled to **March 12, 2008, at 3:00 p.m.**

Richard W. Wieking
Clerk, U.S. District Court

Dated: March 7, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140