## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL PRETRIAL MINUTES

Date: March 12, 2008

Case No.   C 07-5913  MHP            Judge: MARILYN H. PATEL

Title: NORTHERN CALIFORNIA RIVER WATCH -v- MICHAEL GHOLAMI et al

Attorneys:  Plf: Jack Silver
            Dft: no appearance

Deputy Clerk:  Anthony Bowser    Court Reporter: Katherine Powell

### PROCEEDINGS

1)  Case Management Conference

2)

3)

### ORDERED AFTER HEARING:

Plaintiff represents tentative agreements have been discussed; A further status conference set for 6/16/2008 at 3:00 pm, with a joint statement to be filed one week prior.