Jack Silver, Esq. SBN #160575
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.    (707) 528-8175
Fax.    (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA RIVER
WATCH, a non-profit corporation,

           Plaintiff,

    v.

MICHAEL M. GHOLAMI dba A & M
MINI MART; SOMA ENVIRONMENTAL
ENGINEERING, INC., DOES 1 - 10,
Inclusive,

          Defendants
_____/

CASE NO.  C07-05913 MHP

NOTICE OF VOLUNTARY DISMISSAL
OF PARTY DEFENDANT
[FRCP § 41]

and ORDER

    NOTICE IS HEREBY GIVEN that pursuant to FRCP § 41(a)(1)(A)(I), Plaintiff NORTHERN

CALIFORNIA RIVER voluntarily dismisses SOMA ENVIRONMENTAL ENGINEERING, INC..as

a party defendant without prejudice.

Dated: April 25, 2008

_____
JACK SILVER
Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4/29/2008

C07-05913 MHP
Notice of Voluntary Dismissal of Party Defendant