Jack Silver, Esq. SBN #160575
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.   (707) 528-8175
Fax.   (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL M. GHOLAMI dba A & M MINI MART, ET AL,<br><br>        Defendants<br>_____/ | CASE NO.  C07-05913 MHP<br><br>**PLAINTIFF'S REQUEST TO ENTER DEFAULT AGAINST DEFENDANT MICHAEL M. GHOLAMI dba A & M MINI MART**<br><br>Case Mgmt. Conf. Date - June 16, 2008 |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff NORTHERN CALIFORNIA RIVER WATCH hereby requests that the Clerk of the above-entitled court enter default in this matter against defendant **MICHAEL M. GHOLAMI dba A & M MINI MART** on the ground that said defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.  Plaintiff served the Complaint on defendant on February 12, 2008 as evidenced by the Proof of Service of Summons on file with this Court.

The above stated and further facts are set forth in the accompanying declaration of Jack Silver filed herewith.

Dated: May 1, 2008                    */s/ Jack Silver*
                                                   JACK SILVER
                                                   Attorney for Plaintiff
                                                   NORTHERN CALIFORNIA RIVER WATCH

C7-05913 MHP
Plaintiff's Request to Enter Default Against Defendant Michael M. Gholami dba A & M Mini Mart.