Jack Silver, Esq. SBN #160575
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.   (707) 528-8175
Fax.   (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>            Plaintiff,<br><br>  v.<br><br>MICHAEL M. GHOLAMI dba A & M MINI MART, ET AL,<br><br>            Defendants<br>_____/ | CASE NO. C07-05913 MHP<br><br>**DECLARATION OF JACK SILVER IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER DEFAULT AGAINST DEFENDANT MICHAEL M. GHOLAMI dba A & M MINI MART**<br><br>Case Mgmt Conf Date - June 16, 2008 |

I, Jack Silver, declare as follows:

1. I am attorney for Plaintiff NORTHERN CALIFORNIA RIVER WATCH in this action and I have personal knowledge of each matter stated herein.

2. Plaintiff's Complaint was filed in this matter on November 21, 2007. On December 4, 2007 my office forwarded a Waiver of Service and copies of the Complaint and Summons to Hans W. Herb, Esquire acknowledged counsel of record for defendant Michael M. Gholami dba A & M Mini Mart (hereafter, "Gholami"). No response to said letter was received.

3. A First Amended Complaint was filed in this action on January 9, 2008. On January 30, 2008, Waiver of Service, Summons and First Amended Complaint were again mailed to Attorney Hans Herb. Failing response, personal service of the Summons, First Amended Complaint and all pleadings issued by the Court was perfected on defendant Gholami on February 12, 2008, and proof of service filed with this Court (Court Doc #9). On February 25, 2008, Attorney Herb advised me by letter and telephone that he no longer represented defendant Gholami with regard to these proceedings.

3.      From February 25th through March 3rd, 2008 my associate James Doyle and myself spoke with Gholami on numerous occasions. Gholami advised that he did not intend to hire counsel to represent him in this matter; and instead desired to informally resolve the issues which form the basis of these proceedings without the need for further litigation. At his request, a meet and confer, face-to-face meeting was held with both Gholami and prior defendant SOMA.

4.      A Joint Case Management Statement was prepared and discussed with Gholami and executed by him. The Case Management Statement was filed with this Court on March 4, 2008 (Court Doc. #13). Initial Case Management was held on March 12, 2008. Gholami did not appear. Based on Plaintiff's representations that tentative agreements between the parties had been discussed, the Court set a further Case Management Conference for June 16, 2008.

5.      I wrote to defendant Gholami on March 26, 2008 setting forth the initial terms of a possible settlement agreement, and requesting that he retain counsel. Gholami responded by telephone on or about April 20th, 2008 indicated that he does not wish to enter into a settlement agreement or to retain counsel at this time, and that he does not believe he is liable in any manner for the violations as alleged in Plaintiff's First Amended Complaint. It appears any further discussions with Gholami regarding resolution of this lawsuit will not be fruitful.

6.      On April 24, 2008 I sent a letter to Gholami via fax and mail advising him that I intended to file a request for default against him. I urged him to obtain counsel and to file an appearance in this matter. I received no response.

7.      More than 30 days have passed since Gholami was served. As of the date of this Declaration, he has not made an appearance in this action, nor has he obtained counsel.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 1st day of May, 2008, at Santa Rosa, California.

_/s/ Jack Silver_
JACK SILVER