**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 12, 2008

RE: <u>CV 07-05913 MHP</u>   <u>NORTHERN CALIFORNIA RIVER-v- MICHAEL M GHOLAMI</u>

Default is entered as to **Defendant Michael M. Gholami** on **May 12, 2008**.

RICHARD W. WIEKING, Clerk

*Gina Agustine*

by <u>Gina Agustine-Rivas</u>
Case Systems Administrator

NDC TR-4  Rev. 3/89