Jack Silver, Esq. SBN #160575
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.   (707) 528-8175
Fax.   (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>           Plaintiff,<br>     v.<br><br>MICHAEL M. GHOLAMI dba A & M MINI MART, et al<br><br>           Defendants | CASE NO.  C07-05913 MHP<br><br>**PLAINTIFF'S FURTHER CASE MANAGEMENT STATEMENT**<br><br>DATE:  June 16, 2008<br>TIME:  3:00 p.m.<br>CTRM:  15, 18th Floor<br>JUDGE: Hon. Marilyn H. Patel |

Since the initial Case Management Conference of March 12, 2008, defendant SOMA ENVIRONMENTAL ENGINEERING, INC. was dismissed as a party defendant to this action on April 25, 2008 and Default has been entered with respect to remaining defendant MICHAEL M. GHOLAMI dba A & M MINI MART ("GHOLAMI") as of May 12, 2008.

Plaintiff's counsel provided Gholami with a copy of the May 12, 2008 default by mail, advising him of the June 16, 2008 Case Management Conference and urging him to obtain counsel. (See Attachment 1).

As of the date of the filing of this Further Case Management Statement, Gholami has neither appeared in this action, nor obtained an attorney, nor contacted Plaintiff or its counsel in any manner.

    Should Gholami not appear at the Case Management Conference scheduled on June 16, 2008, reluctantly, Plaintiff will begin the process of obtaining default judgment.

                                               /s/ Jack Silver

DATED: June 9, 2008

                                          JACK SILVER
                                          Attorney for Plaintiff
                                          NORTHERN CALIFORNIA RIVER WATCH

# ATTACHMENT 1

# Law Office of Jack Silver

P.O. Box 5469   Santa Rosa, California 95402
Phone 707-528-8175   Fax 707-528-8675
lhm28843@sbcglobal.net



May 12, 2008

Michael M. Gholami, Owner
AM PM Mini Mart
440 Hearn Avenue
Santa Rosa, CA 95404

Re:   <u>Northern California River Watch v. Michael M. Gholami dba AM-PM Mini Mart</u>
       U.S.D.C. Case No. C07-05913 MHP

Dear Mr. Gholami:

I am enclosing with this letter a copy of the entry of **Default** entered by the Clerk of the Court against you on May 12, 2008 with respect to the above-entitled matter.

I would urge you to either obtain counsel, or to communicate with me with regard to bringing this lawsuit to a settlement without further delay.

The matter is scheduled for a further Status Conference before Judge Patel at 3:00 p.m. June 16, 2008, in Courtroom 15 of the United States District Court in San Francisco. Absent any communication from you prior to that time, I will have no choice except to begin the process of obtaining a default judgment against you on behalf of Northern California River Watch.

Very truly yours,

Jack Silver

JS:lhm