UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: June 16, 2008

Case No.   C 07-5913  MHP          Judge: MARILYN H. PATEL

Title: NORTHERN CALIFORNIA RIVER WATCH -v- MICHAEL GHOLAMI et al

Attorneys:  Plf: Jack Silver
            Dft: no appearance

Deputy Clerk:  Anthony Bowser    Court Reporter: Jim Yeomans

## PROCEEDINGS

1)   Status Conference

2)

3)

## ORDERED AFTER HEARING:

Plaintiff to file motion for default judgment to be heard within sixty days;