Jack Silver, Esq. SBN #160575
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.   (707) 528-8175
Fax.   (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL M. GHOLAMI dba A & M MINI MART, et al<br><br>　　　　　Defendants | CASE NO.  C07-05913 MHP<br><br>NOTICE OF VOLUNTARY DISMISSAL [FRCP § 41] |

NOTICE IS HEREBY GIVEN that pursuant to FRCP § 41(a)(1), Plaintiff NORTHERN CALIFORNIA RIVER voluntarily dismisses the above-captioned action in its entirety with prejudice.

Dated: August 5, 2008          /s/ *Jack Silver*
　　　　　　　　　　　　　　　JACK SILVER
　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　NORTHERN CALIFORNIA RIVER WATCH

C07-05913 MHP
Notice of Voluntary Dismissal