1 | Jack Silver, Esq. SBN #160575
Law Office of Jack Silver
2 | Post Office Box 5469
Santa Rosa, CA 95402-5469
3 | Tel.  (707) 528-8175
Fax.  (707) 528-8675
4 | lhm28843@sbcglobal.net

5 | Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

**FILED**
AUG 0 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>  Plaintiff,<br>v.<br><br>MICHAEL M. GHOLAMI dba A & M MINI MART, et al<br><br>  Defendants<br>_____/ | CASE NO. C07-05913 MHP<br><br>NOTICE OF VOLUNTARY DISMISSAL<br>[FRCP § 41] |

NOTICE IS HEREBY GIVEN that pursuant to FRCP § 41(a)(1), Plaintiff NORTHERN CALIFORNIA RIVER voluntarily dismisses the above-captioned action in its entirety with prejudice.

Dated: August 5, 2008

/s/ *Jack Silver*
JACK SILVER
Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

C07-05913 MHP
Notice of Voluntary Dismissal

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE
8/7/08
DATE